UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>XOCHIL MUNOZ-PEREZ (1),<br><br>                Defendant. | CASE NO. 06CR0358-BTM<br><br>JUDGMENT OF DISCHARGE |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

\_\_\_  the Court has granted the motion of the Government for dismissal; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

_X_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: <u>Count 1: 21 USC 952 and 960 - Importation of Cocaine and Count 2: 21 USC 841 (a)(1) Possession of Cocaine with Intent to Distribute</u>

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 6, 2006

                                    BARRY TED MOSKOWITZ
                                    UNITED STATES DISTRICT JUDGE

                                    ENTERED ON _____